**Affirmed and Opinion Filed June    , 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-97-01287-CR

## ROBBIE WALLACE GILLESPIE, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 18,608**

## OPINION PER CURIAM

Before Justices Lagarde, Maloney, and Wright

The trial court convicted Robbie Wallace Gillespie of aggravated sexual assault and assessed a fifty year sentence. Appellant's attorney filed a brief in which he concludes that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant, and we advised appellant that he has a right to file a pro se response.

Appellant, however, did not file a pro se response.

We have reviewed the record and counsel's brief. We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47



# Court of Appeals
# Fifth District of Texas at Dallas

## 05-97-01287-CR

ROBBIE WALLACE GILLESPIE,
Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 354th District Court of Hunt
County, Texas. (Tr.Ct.No. 18,608).
Opinion delivered per curiam before Justices
Lagarde, Maloney, and Wright.

## JUDGMENT

Based on the Court's opinion of this date, we **AFFIRM** the judgment of the trial
court.

Judgment entered _____.

_____
FRANCES MALONEY
JUSTICE

**Order entered June       , 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-97-01287-CR

**ROBBIE WALLACE GILLESPIE, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

## ORDER

We **GRANT** the February 10, 1999 motion of Peter S. Chamberlain for leave to withdraw

as counsel on appeal. We **DIRECT** the Clerk of the Court to remove Peter S. Chamberlain as

counsel of record for appellant. Further, we **DIRECT** the Clerk of the Court to send a copy of this

order and all future correspondence to Robbie Wallace Gillespie, TDC #800600, Middleton Unit,

13055 FM 3522, Abilene, Texas 79601.

FRANCES MALONEY
JUSTICE